UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CASSIUS L. BRANCH,**

    **Plaintiff,**

v.                                         Case No.  4:24-cv-425-TKW-MAF

**EXECUTIVE MEDICAL DIRECTOR OF PROVIDER, CENTURION, LLC, et al.,**

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 33) and Plaintiff's objections (Doc. 38).  The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed because Plaintiff's claims are barred by the statute of limitations and res judicata.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motions to dismiss (Docs. 6, 28) are **GRANTED**, and this case is **DISMISSED with prejudice** because the Plaintiff's claims are barred by the statute of limitations and res judicata.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 14th day of July, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**